UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL LARA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. EDCV 10-01570 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for an award of benefits consistent with the Memorandum of Decision filed concurrently herewith.

October 4, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge